UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOSEPH GUGLIELMO,

                Plaintiff,

      -v-                                            20-CV-5562 (JMF)

                                                       ORDER

NANUSHKA US, INC.,

                Defendant.
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The hearing scheduled for **November 17, 2020** at **3:30 p.m.** will be held remotely by teleconference in accordance with Rule 2(A) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)

      As stated in Rule 2(C)(ii) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, **no later than 24 hours before the conference**, the parties shall email the Court a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.  More broadly, counsel should review and comply with the rules and guidance regarding teleconferences set forth in the Court's Emergency Individual Rules and Practices in Light of COVID-19.

      **Plaintiff shall promptly serve this order on Defendant Nanushka US, Inc. electronically or by overnight courier and file proof of such service no later than Tuesday, November 17, 2020 at 12:00 p.m.**

      SO ORDERED.

Dated: November 13, 2020
       New York, New York

                                                        JESSE M. FURMAN
                                                     United States District Judge